# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CT50 | 9250727 | Verner | 4980 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 10/10/2020 | 38 CFR 1.218(b)(32) |

Place of Offense: West Haven, CT VAMC Lot 4

Offense Description: Factual Basis for Charge — HAZMAT ☐

Driving in the wrong direction on a post one way st

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| Carney | Joseph | M |

| Tag No | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| VWG7214 | VA | 07 | Chevy Tahoe | | Red |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 25 Forfeiture Amount
+ $30 Processing Fee
$ 55 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: ___
Date: ___
Time: ___

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*9250727*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ___, 20___ while exercising my duties as a law enforcement officer in the ___ District of ___

[handwritten: See 9250727]

The foregoing statement is based upon:
☐ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/10/2020   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ___
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident, PASS = 9 or more passenger vehicle
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident